**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
          Plaintiff,

v.

GENERAL STEEL, INC., a Colorado corporation;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
          Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        The Motion to Withdraw as Counsel (filed June 30, 2005) is **GRANTED**.   John M. Tanner, Michael R. McCurdy, David J. Stephenson, Jr., and Susan B. Fisher of the law firm Fairfield and Woods, PC, are allowed to withdraw as counsel for Plaintiff herein.  Plaintiff will continue to be represented by John A. Desisto and W. Curtis Graves of Featherstone DeSisto LLP.


Dated:  July 1, 2005
_____