IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC., a Colorado limited liability company,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation,
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone,
JEFF KNIGHT,
KEVIN KISSIRE, and
CHUCK DEMAREST,

Defendants.
_____

**ORDER**
_____

The parties appeared for a scheduling conference on July 12, 2005. At that time, the **Defendant's Motion for Expedited Discovery, Leave to Supplement Defendant's Motion to Dismiss and for a Hearing** (the "Motion"), filed May 31, 2005, was pending. In summary and for the reasons stated on the record at the hearing on July 12, 2005:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the proposed Scheduling Order is REFUSED.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **August 18, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised scheduling order consistent with matters discussed at the hearing on July 12, 2005, and submit it to the court on or before **August 15, 2005**.

IT IS FURTHER ORDERED that the plaintiff shall give notice of the supplemental scheduling conference to all parties that have been served in this action.

Dated July 13, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge