**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
      Plaintiff,

v.

GENERAL STEEL, INC., a Colorado corporation;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (filed July 19, 2005) is **GRANTED**.  Plaintiff is directed to file its Second Amended Complaint.

Dated:  July 20, 2005
_____