**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
    Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation;
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendants General Steel Domestic Sales, LLC, GenStone Enterprises, LLC, and Jeff Knight's Motion to Strike Paragraphs 5 and 53 of Plaintiff's Second Amended Complaint (filed August 11, 2005) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).

Dated: August 12, 2005
_____