**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
    Plaintiff,

v.

GENERAL STEEL, DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation;
GENSTONE ENTERPRISES, LLC., a Colorado limited liability company, d/b/a GenStone;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
    Defendants.

_____

**ORDER**
_____

A seven-day jury trial is set to commence **Monday, August 14, 2006.**

A Final Trial Preparation Conference is set on **Thursday, July 20, 2006 at 8:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

Dated:  August 18, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  04-CV-00617-LTB-BNB

The undersigned certifies that a copy of the foregoing ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE was served on June 2, 2005, by:

(X) delivery to:

Magistrate Judge Boyd N. Boland


(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Michael R. McCurdy, Esq.
John M. Tanner, Esq.
David J. Stephenson, Jr., Esq.
Fairfield and Woods, PC
1700 Lincoln Street, Suite 2400
Denver, CO 80203

Susan M. Hargleroad, Esq.
Pendleton Friedberg Wilson
    & Hennesey, PC
1875 Lawrence Street, 10th Floor
Denver, CO 80202-1898

Kurt S. Lewis, Esq.
R. Daniel Scheid, Esq.
Lewis Scheid LLC
2300 Fifteenth Street, Suite 320
Denver, CO 80202

David S. Fein, Esq.
2316 West Main Street
Littleton, CO 80120

                                                                      _____
                                                                       Deputy Clerk