IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC., a Colorado limited liability company,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation,
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone,
JEFF KNIGHT,
KEVIN KISSIRE, and
CHUCK DEMAREST,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order Regarding Defendants' Disclosures and to Extend Time to Respond to Plaintiff's First Combined Discovery Requests Pending Entry of Protective Order** (the "Motion"), filed on August 22, 2005.

      IT IS ORDERED that the Motion is GRANTED. Plaintiff shall respond to the outstanding discovery requests on or before **September 15, 2005**.

DATED: September 8, 2005