IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC., a Colorado limited liability company,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation,
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone,
JEFF KNIGHT,
KEVIN KISSIRE, and
CHUCK DEMAREST,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Joint Motion for Protective Order** (the "Motion"), filed September 19, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as specified on the record.

IT IS FURTHER ORDERED that the defendants shall make supplemental discovery responses consistent with this order on or before **November 1, 2005.**

Dated October 12, 2005.

                                              BY THE COURT:

                                              /s/ Boyd N. Boland
                                              United States Magistrate Judge