IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
    Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation;
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
    Defendants.

_____

## PERMANENT INJUNCTION AGAINST KEVIN KISSIRE
_____

This matter comes before the Court on the stipulated motion of plaintiff PolyRock Technologies, LLC and defendant Kevin Kissire for entry of a Permanent Injunction. Having reviewed the motion and being fully advised in the premises, the Court grants the motion and enters the following Order and Injunction:

1. The Court has jurisdiction over PolyRock's claims against Kissire pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) & (b) and 1367. Venue is proper in this District pursuant to the stipulation of PolyRock and Kissire and 28 U.S.C. § 1391.

2. Defendant Kevin Kissire, including any entity or person acting under his direction or control, is immediately and permanently enjoined and restrained from, directly or indirectly:

      a. Disclosing or using in any way information received, directly or indirectly, from Bruce Harrington; Modeva Profiles, Inc.; Rock-It Marketing LLC (d/b/a ConDecco); Technical Quarry Systems; or PolyRock Technologies LLC concerning any process for manufacturing products that resemble natural rock, stone or brick from polyurethane foam or similar moldable or castable material;

      b. Manufacturing, distributing, offering for sale or selling, or having an ownership interest in any entity that manufactures, distributes, offers for sale or sells, any building material manufactured from polyurethane foam or similar moldable or castable material and designed or marketed as resembling or recreating the look of natural rock, stone or brick; and

3. The Court shall retain continuing jurisdiction for the purposes of enforcing this Injunction.

DATED:   November 3   , 2005

                                                           s/Lewis T. Babcock  
                                                          United States District Judge