IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
    Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation;
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
    Defendants.

_____

ORDER
_____

Upon the Stipulation of Dismissal (Doc 98 - filed November 3, 2005), it is

ORDERED that Plaintiff's claims against Defendant Kevin Kissire following the Court's entry of the Permanent Injunction against Kevin Kissire are DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

This Order has no effect upon Plaintiff's claims pending against the other Defendants in this action.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: November 7, 2005