IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
    Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a
General Steel Corporation;
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
    Defendants.

_____

ORDER

_____


    This matter is before me on the objections of Defendants General Steel, Genstone,

and Jeff Knight to the Order of the Magistrate Judge concerning discovery.  Plaintiffs have

filed their response to the objection.

    I have reviewed the objection pursuant to Fed.R.Civ.P. 72(a) in light of the file and

Plaintiffs' response.  First, it appears that the objections are now moot.  But even assuming

lack of mootness, I would find and conclude that the Magistrate Judge's ruling is neither

clearly erroneous nor contrary to law.

                                    BY THE COURT:


                                    __s/Lewis T. Babcock_____
                                    Lewis T. Babcock, Chief Judge


DATED: November 10, 2005