IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC., a Colorado limited liability company,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation,
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone,
JEFF KNIGHT,
KEVIN KISSIRE, and
CHUCK DEMAREST,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order** (the "Motion"), filed December 8, 2005. The Motion requests essentially a 60 day extension of time to designate experts and 30 day extensions of the discovery cut-off and dispositive motion deadline. Granting the Motion would result in a discovery cut-off of April 28, 2006, and a dispositive motion deadline of May 15, 2006. Trial is set to begin on August 14, 2006, and the final trial preparation conference is July 20, 2006. The Motion offers little by way of justification for the extensions other than that the parties have agreed to them.

Extending the dispositive motion deadline to less than three months prior to trial would leave the district judge with less than 60 days to resolve undoubtedly complex motions for summary judgment, which is an undue burden. I will not expose the district judge to such a

burden on the meager showing made here.  Extending the remaining deadlines imposes no similar burden.  Accordingly,

IT IS ORDERED that the Motion is GRANTED to the following extent:

**Discovery Cut-Off:**    **April 28, 2006**

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**    **April 28, 2006**

**Expert Disclosures:**

**(a)** The parties shall designate all experts with respect to issues on which they bear the burden of proof and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 17, 2006**

**(b)** The parties shall designate all experts with respect to issues on which they do not bear the burden of proof and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 17, 2006**

**(c)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 7, 2006**

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated December 15, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge