IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
   Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, d/b/a General Steel Corporation;
GENSTONE ENTERPRISES, LLC, a Colorado limited liability company, d/b/a GenStone;
JEFF KNIGHT;
KEVIN KISSIRE; and
CHUCK DEMAREST,
   Defendants.

_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 141 - filed January 6, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE AS TO DEFENDANT CHARLES DEMAREST ONLY,** each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
   LEWIS T. BABCOCK, CHIEF JUDGE

DATED: January 9, 2006