**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 04-cv-00617-LTB-BNB

POLYROCK TECHNOLOGIES, LLC, a Colorado limited liability company,
     Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, *et al.*,
     Defendants.

---

**ORDER GRANTING**
**STIPULATED MOTION TO WITHDRAW MOTION TO AMEND**
**AND**
**STIPULATION OF DISMISSAL**

---

This matter comes before the Court on the Stipulated Motion to Withdraw Motion To Amend And Stipulation of Dismissal filed by Plaintiff PolyRock Technologies, LLC and remaining defendants General Steel Domestic Sales, LLC; GenStone Enterprises, LLC and Jeff Knight.

After reviewing the motion and being advised in the premises, the Court orders that:

1.  The motion is granted.

2.  Defendants' Motion To Amend Answer And To Add Counterclaim (Dkt # 114, filed December 1, 2005) is hereby deemed withdrawn.

3.  PolyRock's pending claims against General Steel Domestic Sales, LLC; GenStone Enterprises, LLC and Jeff Knight set forth in PolyRock's Second Amended Complaint are dismissed with prejudice, each party to pay its own costs and attorney's fees.

4.   This stipulation shall not have any effect on the permanent injunction that the Court previously entered against defendant Kevin Kissire.  (Dkt # 97, filed November 3, 2005).


DATED:  January   19  , 2006

                                                     s/Lewis T. Babcock                         
                                                    United States District Judge